AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| CHRISTOPHER ISAAC REBOLLEDO | CASE NUMBER: 08CR 0108-JM |

I, CHRISTOPHER ISAAC REBOLLEDO, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _January 10, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Rebolledo_
Defendant

_[signature]_
Counsel for Defendant

Before _Barbara L. Major_
JUDICIAL OFFICER

FILED
JAN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _MB_ DEPUTY