Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721


FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __MR__ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER REBOLLEDO,<br><br>Defendant | Case No: CR-00108-JM<br><br>**SUBSTITUTION OF ATTORNEY** |

___CHRISTOPHER REBOLLEDO___ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, ___GERARD JEFFREY WASSON___.

DATED: _CRebolledo_  x  2-21-08
                                              DEFENDANT

I consent to the above substitution.

DATED: 2/21/08  _____
                                              PRESENT ATTORNEY

1

CR-00108-JM

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: __02-21-08__   _____
                                                NEW ATTORNEY

Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT.

DATED:  2/21/08                APPROVED: _Barbara L. Major_
                                                UNITED STATES DISTRICT COURT JUDGE

CR-00108-JM