# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR0108-JM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Christopher Isaac Rebolledo (1) | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __March 21, 2008__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed. _As to this case only._

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. _New case 08CR0722 filed_

Jeffrey T. Miller
UNITED STATES MAGISTRATE JUDGE

OR

Received _____ DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk

Crim-9 (Rev 6-95)       ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY