UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -4 AM 8:43
CLERK, U.S. DISTRICT C.
SOUTHERN DISTRICT OF CALIF...
BY: ECL   DEPUTY

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

Christopher Isaac Rebolledo(1),

         Defendant.

CASE NO. 08CR0108-jm

JUDGMENT OF DISMISSAL

FILED
APR 2 - 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 21, 2008

Jeffrey T. Miller
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 4/2/08
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____